### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR138** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **GUSTAVO AMBRIZ-SALDANA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Michael D. Nelson to withdraw as counsel for the defendant, Gustavo Ambriz-Saldana (Ambriz-Saldana) (Filing No. 20). A hearing was held on the motion on May 11, 2005. Irene Tomassini, a certified interpreter in the Spanish language, served as the interpreter by remote telephone hook-up. Following an *in camera* discussion with Mr. Nelson and Ambriz-Saldana, the court finds the attorney-client relationship has not been irretrievably broken, Mr. Nelson has handled the defense of Ambriz-Saldana in a very competent and professional manner, and the motion to withdraw (Filing No. 20) is denied.

**IT IS SO ORDERED.**

DATED this 11th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge