# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CR138** |
| v. | ) | |
| | ) | **ORDER** |
| **GUSTAVO AMBRIZ-SALDANA,** | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 38 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 38 from the record. The party is has re-filed the document.

DATED this 27th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge