# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR138** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GUSTAVO AMBRIZ-SALDANA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael D. Nelson to withdraw as CJA court-appointed counsel for the defendant, Gustavo Ambriz-Saldana (Filing No. 40). Since retained counsel, Hugh I. Abrahamson and Shaun F. Downey, have entered an appearance for Ambriz-Saldana (Filing No. 42), Mr. Nelson's motion to withdraw (Filing No. 40) is granted. Withdrawing counsel shall submit his CJA 20 voucher to the Office of the Federal Public Defender within forty-five (45) days of this order.

The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 9th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
