IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR138 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GUSTAVO AMBRIZ-SALDANA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of defendant Gustavo Ambriz-Saldana (Ambriz-Saldana) (Filing No. 48). The motion does not comply with NECrimR 12.3 (b), in that the motion:

- (✔) Is not supported by a brief;
- ( ) Is not supported by an Index of Evidence as required by NECrimR 12.3(b)(2) or a statement of what evidence will be offered at an evidentiary hearing requested for the motion;
- (✔) Is not accompanied by a statement verifying that counsel for the moving party has conferred with opposing counsel in person or by telephone in a good-faith effort to resolve by agreement the issues raised by the motion and that the parties have been unable to reach such an agreement;
- ( ) Which requests an evidentiary hearing, does not contain a statement of the estimated time needed for the hearing, whether any interpreters will be needed, or whether any codefendant should be present and/or participate in the hearing.

Accordingly, the motion (Filing No. 48) is :

- ( ) Held in abeyance pending_____.
- (✔) Denied.

**IT IS SO ORDERED.**

**ADMONITION**

Pursuant to NECrimR 57.2 any appeal of this Order shall be filed with the Clerk of the Court within ten (10) days after being served with a copy of this Order.  Failure to timely appeal may constitute a waiver of any objection to the Order.  The brief in support of any appeal shall be filed at the time of filing such appeal.  Failure to file a brief in support of any appeal may be deemed an abandonment of the appeal.

DATED this 22nd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge