IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR138 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GUSTAVO AMBRIZ-SALDANA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's application to proceed without prepayment of fees. Filing No. 87 (part 2). The court being fully advised finds that this motion should be granted.

THEREFORE, IT IS ORDERED THAT defendant's motion to proceed in forma paperis, Filing No. 87 (part 2), is hereby granted.

DATED this 14th day of April, 2006.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE